UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DISABILITY RIGHTS WASHINGTON, | NO. 2:23-cv-01553 |
| Plaintiff, | NOTICE OF APPEARANCE |
| v. | |
| WASHINGTON STATE DEPARTMENT OF CORRECTIONS and CHERYL STRANGE, | |
| Defendants. | |

**TO:     CLERK OF THE ABOVE-ENTITLED COURT; and**

**TO:     DISABILITY RIGHTS WASHINGTON, Plaintiff and their Attorneys of Record**

YOU, AND EACH OF YOU, PLEASE TAKE NOTICE that CANDIE M. DIBBLE, Assistant Attorney General, hereby appears as counsel for Defendants, WASHINGTON STATE DEPARTMENT OF CORRECTIONS and CHERYL STRANGE, in the above-referenced matter, without waiving objection as to jurisdiction of this Court, and requests that notice of any

NOTICE OF APPEARANCE
No. 2:23-cv-01553

1

ATTORNEY GENERAL OF WASHINGTON
Corrections Division
1116 West Riverside Avenue, Suite 100
Spokane, WA 99201-1106
(509) 456-3123

1  and all further proceedings except service of Summons and Complaint in said action be served
2  upon the undersigned attorney at the address stated below.
3      RESPECTFULLY SUBMITTED this 11th day of October, 2023.

    ROBERT W. FERGUSON
    Attorney General

    s/ Candie M. Dibble
    CANDIE M. DIBBLE, WSBA #42279
    Assistant Attorney General
    Corrections Division
    1116 West Riverside Avenue, Suite 100
    Spokane, WA 99201-1106
    (509) 456-3123
    Candie.Dibble@atg.wa.gov

NOTICE OF APPEARANCE
No. 2:23-cv-01553

2

ATTORNEY GENERAL OF WASHINGTON
Corrections Division
1116 West Riverside Avenue, Suite 100
Spokane, WA 99201-1106
(509) 456-3123