# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| DISABILITY RIGHTS WASHINGTON,<br><br>                       Plaintiff,<br><br>   v.<br><br>WASHINGTON STATE DEPARTMENT OF CORRECTIONS and CHERYL STRANGE,<br><br>                       Defendants. | NO. 2:23-cv-01553<br><br>WAIVER OF SERVICE |

**TO:**    **CLERK OF THE ABOVE-ENTITLED COURT; and**

**TO:**    **DISABILITY RIGHTS WASHINGTON, Plaintiff and their Attorneys of Record**

     PLEASE TAKE NOTICE that Defendants, WASHINGTON STATE DEPARTMENT OF CORRECTIONS and CHERYL STRANGE, by and through their attorneys, ROBERT W.

WAIVER OF SERVICE
No. 2:23-cv-01553

1

ATTORNEY GENERAL OF WASHINGTON
Corrections Division
1116 West Riverside Avenue, Suite 100
Spokane, WA 99201-1106
(509) 456-3123

FERGUSON, Attorney General, and CANDIE M. DIBBLE, Assistant Attorney General, hereby waive service in this matter.

RESPECTFULLY SUBMITTED this 11th day of October, 2023.

ROBERT W. FERGUSON
Attorney General


s/ Candie M. Dibble
CANDIE M. DIBBLE, WSBA #42279
Assistant Attorney General
Corrections Division
1116 West Riverside Avenue, Suite 100
Spokane, WA 99201-1106
(509) 456-3123
Candie.Dibble@atg.wa.gov

WAIVER OF SERVICE
No. 2:23-cv-01553

2

ATTORNEY GENERAL OF WASHINGTON
Corrections Division
1116 West Riverside Avenue, Suite 100
Spokane, WA 99201-1106
(509) 456-3123