UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DISABILITY RIGHTS WASHINGTON,<br><br>*Plaintiff*,<br><br>v.<br><br>WASHINGTON STATE DEPARTMENT OF CORRECTIONS and CHERYL STRANGE, Secretary of the Department of Corrections, in her official capacity,<br><br>*Defendants*. | No. 23-01553-JCC<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL** |

TO: THE CLERK OF THE ABOVE COURT; and

TO; ALL PARTIES AND THEIR ATTORNEYS OF RECORD

YOU, AND EACH OF YOU, will please take notice, pursuant to LCR 83.2(b)(2), that effective immediately KIMBERLY MOSOLF does hereby withdraw as counsel for Plaintiff DISABILITY RIGHTS WASHINGTON, in the above-entitled action.

Plaintiff continues to be represented by ETHAN FRENCHMAN, DANNY WAXWING, and HEATHER MCKIMMIE of Disability Rights Washington.

//
//
//
//

NOTICE OF WITHDRAWAL OF COUNSEL - 1
Case No. 23-01553 -JCC

Disability Rights Washington
315 5th Avenue South, Suite 850
Seattle, Washington 98104
(206) 324-1521 ・ Fax: (206) 957-0729

Respectfully submitted this 12th day of October, 2023.

**Disability Rights Washington**

*/s/ Kimberly Mosolf*
Kimberly Mosolf, WSBA #49548
**Withdrawing Attorney**

*s/ Danny Waxwing*
Danny Waxwing, WSBA #54225

*s/ Ethan Frenchman*
Ethan Frenchman, WSBA #54255

*s/ Heather McKimmie*
Heather McKimmie, WSBA #36730

315 5th Avenue S, Suite 850
Seattle, WA 98104
Tel: (206) 324-1521
Fax: (253) 627-0654
ethanf@dr-wa.org
dannyw@dr-wa.org
heatherm@dr-wa.org

Attorneys for Plaintiff

NOTICE OF WITHDRAWAL OF COUNSEL - 2
Case No. 23-01553 -JCC

Disability Rights Washington
315 5th Avenue South, Suite 850
Seattle, Washington 98104
(206) 324-1521 ・ Fax: (206) 957-0729