UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DISABLEITY RIGHTS WASHINGTON,<br><br>*Plaintiff*,<br><br>v.<br><br>WASHINGTON STATE DEPARTMENT OF CORRECTIONS and CHERYL STRANGE, Secretary of the Department of Corrections, in her official capacity,<br><br>*Defendants*. | No. 23-01553-JCC<br><br>**PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Disability Rights Washington, a Washington non-profit corporation, by and through its attorneys, makes the following disclosures:

The nongovernmental corporate party Disability Rights Washington in the above listed civil action is not a publicly owned corporation, does not have any parent corporation, and no publicly held corporation owns 10% or more of its stock.

//
//
//
//
//
//

PLAINTIFF'S CORPORATE DISCLOSURE
STATEMENT - 1
Case No. 23-01553-JCC

Disability Rights Washington
315 5th Avenue South, Suite 850
Seattle, Washington 98104
(206) 324-1521 · Fax: (206) 957-0729

1     Respectfully submitted this 16th day of October, 2023.

2

3                                     **Disability Rights Washington**

4                                     *s/ Ethan Frenchman*

5                                     Ethan Frenchman, WSBA #54255
Danny Waxwing, WSBA #54225

6                                     Heather McKimmie, WSBA #36730
315 5th Avenue S, Suite 850

7                                     Seattle, WA 98104
Tel: (206) 324-1521

8                                     Fax: (253) 627-0654
ethanf@dr-wa.org

9                                     dannyw@dr-wa.org
heatherm@dr-wa.org

10                                    Attorneys for Plaintiff

PLAINTIFF'S CORPORATE DISCLOSURE                                        Disability Rights Washington
STATEMENT - 2                                                                   315 5th Avenue South, Suite 850
Case No. 23-01553-JCC                                                 Seattle, Washington  98104
(206) 324-1521 ・ Fax: (206) 957-0729