# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| DISABLITY RIGHTS WASHINGTON,<br><br>*Plaintiff*,<br><br>v.<br><br>WASHINGTON STATE DEPARTMENT OF CORRECTIONS and CHERYL STRANGE, Secretary of the Department of Corrections, in her official capacity,<br><br>*Defendants*. | No. C23-1553-JCC<br><br>[~~JOINT PROPOSED~~] ORDER:<br><br>GRANTING JOINT MOTION TO APPROVE SETTLEMENT AND ADMINISTRATIVELY CLOSE CASE |

BEFORE THE COURT is the parties' Stipulation and Joint Motion to Approve Settlement and Administratively Close Case (Dkt. No. 2). The parties move this Court to (1) approve the Settlement Agreement (Dkt. No. 3-1) reached by the parties; (2) issue a consent decree incorporating the Agreement into this Order; (3) award Plaintiff attorneys' fees and costs as provided in the Agreement; and (4) administratively close the case during the compliance and monitoring period of the Settlement Agreement, so that the parties may move to reopen the case to seek the Court's assistance in enforcing the Settlement Agreement. At the end of the monitoring period, absent an order extending or shortening the term of the Agreement, the Agreement will

C23-1553-JCC
[~~JOINT PROPOSED~~] ORDER APPROVIING
SETTLEMENT - 1

Disability Rights Washington
315 5th Avenue South, Suite 850
Seattle, Washington 98104
(206) 324-1521 ・ Fax: (206) 957-0729

automatically terminate, the Court's jurisdiction will end, and the Court shall dismiss the case with prejudice.

The Court has reviewed the record and files herein, the completed briefing, and information presented at the hearing, and is fully informed.

The parties' stipulated joint motion is **GRANTED.**

**ACCORDINGLY, IT IS HEREBY ORDERED**:

1. All parties are to abide by the Settlement Agreement (Dkt. No. 3-1), which is incorporated into this Order. Plaintiff is awarded attorneys' fees and costs as agreed to in the Settlement Agreement (Dkt. No. 3-1). Judgment shall be entered for Plaintiff's previously incurred attorneys' and costs and future claims for attorneys' fees and costs as follows:

    a. Defendants shall pay Plaintiff $1,500,000 for the costs and fees incurred by Plaintiff through the date of entry of this order.

    b. Defendants shall pay Plaintiff $300,000 annually for Plaintiff's attorneys' fees and costs for the compliance period beginning on the date of entry of this order. As recognized by the parties in the Settlement Agreement, the period may be shorter if substantial compliance is achieved at an earlier date. If the Agreement is successfully enforced or extended for any length, by mutual agreement of the parties or after a determination of lack of compliance, the parties or the Court will determine the appropriateness of future fees and expenses. For periods of time where this Agreement is not in effect for an entire year, the Parties agree that the amount for that year will be prorated based on the number of months during the year that this Agreement was in effect.

C23-1553-JCC
[~~JOINT PROPOSED~~] ORDER APPROVIING SETTLEMENT - 2

Disability Rights Washington
315 5th Avenue South, Suite 850
Seattle, Washington 98104
(206) 324-1521 ・ Fax: (206) 957-0729

      c. One year for purposes of the annual payment will be one year from the date of entry of this order. Defendant shall pay Plaintiff's counsel on that date each year.

2. The Court will retain jurisdiction over the case. At the end of the monitoring period, absent an order extending or shortening the term of the Agreement, the Agreement will automatically terminate, the Court's jurisdiction will end, and the Court shall dismiss the case with prejudice.

3. The file in this matter shall be administratively closed during the period of compliance and monitoring and shall be reopened by motion of Plaintiff's or Defendants' counsel.

4. The District Court Executive is directed to enter this Order, furnish copies to counsel, enter judgment as directed, and **close the file**.

DATED this 17th day of October 2023.

_____
John C. Coughenour
UNITED STATES DISTRICT JUDGE

Presented by:

 *s/ Ethan Frenchman*
Ethan D. Frenchman, WSBA #54255
Danny Waxwing, WSBA #54225
Heather McKimmie, WSBA #36730
Disability Rights Washington
315 5th Avenue S, Suite 850
Seattle, WA 98104
Tel: (206) 324-1521
Fax: (253) 627-0654

C23-1553-JCC
[~~JOINT PROPOSED~~] ORDER APPROVING
SETTLEMENT - 3

Disability Rights Washington
315 5th Avenue South, Suite 850
Seattle, Washington 98104
(206) 324-1521 ・ Fax: (206) 957-0729

ethanf@dr-wa.org
dannyw@dr-wa.org
heatherm@dr-wa.org

*Attorneys for Plaintiff*

*s/ Candie Dibble*
Candie M. Dibble, WSBA #42279
Assistant Attorneys General
Corrections Division
P.O. Box 40116
Olympia, WA 98504-0116
Tel: (360) 586-1445
Candie.Dibble@atg.wa.gov

*Attorney for Defendants*

C23-1553-JCC
[~~JOINT PROPOSED~~] ORDER APPROVING
SETTLEMENT - 4

Disability Rights Washington
315 5th Avenue South, Suite 850
Seattle, Washington 98104
(206) 324-1521 ・ Fax: (206) 957-0729