Evan A. Root, 436527
1313 N. 13th Ave.
Walla Walla, WA 99362

Court Clerk
United States District Court, Western District of Washington
700 Stewart St., Ste. 2310   Seattle, WA 98101
Legal Mail

July 1, 2025

Subject: Case No. 2:23-cv-01553-JCC

To the Honorable Judge Whom it May Concern; Your Honor:

   I write to seek your advice regarding case number 2:23-cv-01553, DRW v. WA DOC; as a quick refresher this case resulted in a consent decree adopting a settlement agreement regarding how the WA DOC treats transgender, intersex, and non-binary individuals in their custody. Among other terms, the WA DOC agreed to allow "(t)ransgender individuals to possess and wear both women's and men's clothing, including undergarments"[1]; unless denied according to individualized reasons, and documented per Conditions of Confinement Modifications or a Security Enhancement Plan"[2].
   I have evidence to substantiate that: I am non-binary; the WA DOC is violating the substantive terms of the consent decree placing its employees in contempt of court; and can provide it upon request.

---

[1] Settlement Agreement, Page (7), Number (15).
[2] Id., Number (14).

"Damnant Quod Non Intelgunt; Audentes Fortuna Juvat."

Page 1 of 2

Subject: Case No. 2:23-cv-01553

I have attempted to contact the defendant's attorney of record, Assistant Attorney General Candie Dibble via phone at 360.586.1445 and mail at Post Office Box 40116 Olympia, WA 98504; however, she refuses to engage in any discussion. I have exhausted all administrative remidies. I have been in contact with Disability Rights Washington for over 12 months; however, they seem hesitent to bring the violations to the Court for enforcement.

What do you reccomend I do next? I am poor, so I cannot afford an attorney on my own.

Thank you,

Evan Root

Evan A. Root, 436527

CC: Disability Rights Washington, 315 5th Ave. S., Ste. 850 Seattle, WA 98104
    Candie M. Dibble, Assistant Attorney General, State of Washington, PO Box 40116 Olympia, WA 98504-0116
    File

07/01/2025                    Page 2 of 2

Evan A. Root, 436527, IMS-J11
Washington State Penitentiary
1313 North 13th Avenue
Walla Walla, WA 99362

SPOKANE WA 990
2 JUL 2025  PM 3  L

FILED
LODGED
RECEIVED

JUL 07 2025

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

THIS WAS MAILED BY AN INCARCERATED
INDIVIDUAL CONFINED AT A
WASHINGTON STATE DEPARTMENT OF
CORRECTIONS FACILITY. ITS CONTENTS
MAY BE UNCENSORED.

County Clerk
United States District Court
Western District of Washington, At Seattle
700 Stewart St., Ste. 2310
Seattle, WA 98101
Legal Mail

98101-444285