UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DISABILITY RIGHTS WASHINGTON,

*Plaintiff*,

v.

WASHINGTON STATE DEPARTMENT OF CORRECTIONS and TIM LANG, Secretary of the Department of Corrections, in his official capacity,

*Defendants*.

No. C23-1553-JCC

JOINT STATUS REPORT REGARDING MUTUALLY AGREED UPON WORKPLANS, COMPLIANCE ASSESSMENTS & REPORTING SCHEDULE

Plaintiff Disability Rights Washington ("DRW") and Defendant Washington State Department of Corrections ("Department") (collectively the "Parties"), by and through their undersigned counsel, submit this Joint Status Report pursuant to Section H.43 of the Amended Settlement Agreement filed on April 2, 2026 ("Agreement"). Dkt. 17-1.

1. On April 2, 2026, the Parties filed an Amended Settlement Agreement to formalize the Parties' renegotiation of the original Settlement Agreement in this matter and to support the Department's efforts to achieve Substantial Compliance with the revised terms of the Agreement.

JOINT STATUS REPORT - 1
Case No. C23-1553-JCC

2. Section H.41 of the Agreement provides that, within three (3) months of the Effective Date, the Parties will mutually agree upon "Workplans" setting forth the actions steps the Department will undertake to move toward Material Compliance with each substantive term of the Agreement. Section H.41 further provides that the Parties will mutually agree upon standardized "Compliance Assessments" to be used by both Parties in assessing the Department's progress toward compliance and a schedule for the submission of Workplans, Compliance Assessments, and quality assurance data throughout the monitoring period ("Reporting Schedule").

3. Section H.42 of the Agreement provides that the Parties' obligations to produce and review quality assurance data pursuant to the Agreement shall be tolled until the Parties reach mutual agreement on the Workplans.

4. On July 9, 2026, the Parties filed a Joint Status Report Regarding Workplan Deadline Extension notifying the Court that they had mutually agreed to extend the deadline for reaching agreement on, and certifying to the Court regarding, the Workplans, Compliance Assessments, and Reporting Schedule until July 31, 2026.

5. The Parties have now reached mutual agreement regarding:

   a. The Workplans required under Section H.41 of the Agreement;

JOINT STATUS REPORT - 2
Case No. C23-1553-JCC

ATTORNEY GENERAL OF WASHINGTON
Corrections Division
PO Box 40116
Olympia, WA 98504-0116

360-586-1445

b. The standardized Compliance Assessments required under Section H.41 of the Agreement; and

c. The Reporting Schedule, including the deadlines for submission of Workplans, Compliance Assessments, and quality assurance data; the dates defining each reporting period; and the dates associated with each step of the performance review process required under Section H.43 of the Agreement.

6. The Parties' agreed-upon Workplans, Compliance Assessments, and Reporting Schedule are documented in a Memorandum of Understanding executed by the Parties on July 30, 2026. The Workplans, Compliance Assessments, and Reporting Schedule set forth in the Memorandum of Understanding will govern settlement implementation as described in Section H of the Agreement. In the event of any conflict between the Workplans, Compliance Assessments, or Reporting Schedule as set forth in the Memorandum of Understanding and the Agreement, the terms of the Agreement will control.

7. Pursuant to Section H.43 of the Agreement, the Parties hereby certify to the Court that mutual agreement has been reached regarding the Workplans, Compliance Assessment, and Reporting Schedule.

JOINT STATUS REPORT - 3
Case No. C23-1553-JCC

ATTORNEY GENERAL OF WASHINGTON
Corrections Division
PO Box 40116
Olympia, WA 98504-0116

360-586-1445

8.  Pursuant to Section H.43 of the Agreement, the thirty (30) month Monitoring Term will commence on the date of the filing of this Joint Status Report. The Monitoring Term will conclude on January 31, 2029. Pursuant to Section V of the Agreement, the Parties will submit a Status Report to the Court with one (1) month remaining in the Monitoring Term.

Presented this 31st day of July, 2026.

| **DISABILITY RIGHTS WASHINGTON** | **OFFICE OF THE ATTORNEY GENERAL**<br>NICHOLAS BROWN<br>Attorney General |
|---|---|
| <br><br> | <br>s/Katherine Faber |
| Danny Waxwing, WSBA #54225<br>Rachael Seevers, WSBA #45846<br>Emery Birch, WSBA #62968<br>315 5th Avenue S, Suite 850<br>Seattle, WA 98104<br>Tel: (206) 324-1521<br>Fax: (253) 627-0654<br>dannyw@dr-wa.org<br>rachaels@dr-wa.org<br>emeryb@dr-wa.org<br>*Attorneys for Plaintiff* | Katherine J. Faber, WSBA #49726<br>Assistant Attorney General<br>Corrections Division<br>P.O. Box 40116<br>Olympia, WA  98504-0116<br>Tel: (360) 586-1445<br>katie.faber@atg.wa.gov<br>*Attorney for Defendants* |

JOINT STATUS REPORT - 4
Case No. C23-1553-JCC